UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00466-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM MEHAFFEY,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, December 9, 2008,** and responses to these motions shall be filed by **Tuesday, December 16, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, December 23, 2008, at 1:30 p.m. in courtroom A-1002.** It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, January 12, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: November 17, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge