UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00466-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM MEHAFFEY,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation hearing is set for **Wednesday, March 23, 2011, at 11:00 a.m., in Courtroom A-1002.**

    Dated: February 2, 2011.