UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00466-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM MEHAFFEY,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Supervised Release Violation hearing is set for **Monday, November 28, 2011, at 10:00 a.m., in Courtroom A-1002.**

      Dated: October 7, 2011.